## (January 16, 1952.)

In the Matter of NICOLA MARINO, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.